# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| JARED NALLY, ET AL., *Appellants,* v. RONALD J. GRAHAM, *Appellee.* | **CIVIL ACTION NO.: 22-3049** <br><br> **JOINT MOTION TO ABATE** |

Pursuant to Fed. R. App. P. 27(a) and 10th Cir. R. 27.5(A)(7), the Parties in the above-captioned appeal respectfully submit this Joint Motion to Abate and stay briefing on this appeal pending a decision by the United States Supreme Court in *Egbert v. Boule*, No. 21-147. In support of this motion, the Parties state as follows:

1. This is an appeal from the U.S. District Court for the District of Kansas's July 29, 2021 order granting Appellee Ronald Graham's Motion to Dismiss Appellants' claim for First Amendment retaliation under *Bivens v. Six Unknown Named Agents of the Bureau of Narcotics*, 403 U.S. 388 (1971). *Nally v. Graham*, No. 21-2113-JAR-

TJJ, 2021 WL 3206348 (D. Kan. July 29, 2021).[1] The district court later certified this order as a final judgment under Federal Rule of Civil Procedure 54(b) on February 8, 2022. Order Granting Pls.' Unopposed Rule 54(b) Mot. for Entry of Final J., Feb. 8., 2022. In its memorandum and order, the district court refused to recognize a *Bivens* claim for First Amendment retaliation. *Nally*, 2021 WL 3206348, at *7–8.

2.  On November 5, 2021, the Supreme Court granted *certiorari* in *Egbert v. Boule*, No. 21-147. Order List, 595 U.S. __ (2021). One of the questions presented is "[w]hether a cause of action exists under *Bivens* for First Amendment retaliation claims." This is the precise question presented by this appeal.

3.  The parties in *Egbert* have fully briefed the case and the Supreme Court heard oral argument on March 2, 2022. The Supreme Court is expected to issue its decision in *Egbert* during the 2021–2022 term.

4.  The Supreme Court's decision in *Egbert* will substantially affect the issue in this appeal, namely the viability of First Amendment

---

[1] The July 29, 2021, order was not a final judgment because Appellants brought six other claims against different defendants that were pending at that time.

retaliation claims under *Bivens*. As such, briefing in this matter now would be an ineffective use of judicial resources and the resources of the parties.

5. Accordingly, the Parties respectfully request that this appeal be abated pending the Supreme Court's decision in *Egbert*.

Dated: April 5, 2022

Respectfully submitted,

/s/ Darpana M. Sheth
DARPANA M. SHETH
NY Bar No. 4287918
FOUNDATION FOR INDIVIDUAL
 RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
darpana.sheth@thefire.org

*Counsel for Appellants Jared Nally and the Indian Leader Association*


DUSTIN J. SLINKARD
Acting United States Attorney
District of Kansas

/s/ Terra D. Morehead
TERRA D. MOREHEAD
Assistant United States Attorney
KS. S. CT. NO. 12759

3

500 State Ave., Suite 360
Kansas City, KS 66101
Tele: (913) 551-6730
Fax: (913) 551-6541
Email: Terra.Morehead@usdoj.gov

/s/ Wendy A. Lynn
WENDY A. LYNN
Assistant United States Attorney
KS. S. CT. NO. 23594
500 State Ave., Suite 360
Kansas City, KS 66101
Tele: (913) 551-6737
Fax: (913) 551-6541
Email: Wendy.Lynn@usdoj.gov

/s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
KS. S. CT. NO. 14225
500 State Ave., Suite 360
Kansas City, KS 66101
Tele: (913) 551-6737
Fax: (913) 551-6541
Email: Chris.Allman@usdoj.gov

*Counsel for Appellee Ronald J. Graham*

# CERTIFICATE OF SERVICE

I, Darpana M. Sheth, hereby certify that on April 5, 2022, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below and parties may access this filing through the Court's electronic filing system.

Christopher Allman
Assistant United States Attorney
OFFICE OF UNITED STATES
    ATTORNEY -KCKS
500 State Avenue, Suite 360
Kansas City, KS 66101
Tel: (913) 551-6541
Chris.Allman@usdoj.gov

Terra D. Morehead
Assistant United States Attorney
OFFICE OF UNITED STATES
    ATTORNEY -KCKS
500 State Avenue, Suite 360
Kansas City, KS 66101
Tel: (913) 551-6730
Terra.Morehead@usdoj.gov

Wendy A. Lynn
Assistant United States Attorney
OFFICE OF UNITED STATES
    ATTORNEY -KCKS
500 State Avenue
Kansas City, KS 66101
Tel: (913) 551-6737
Wendy.Lynn@usdoj.gov

*Counsel for Appellee Ronald J. Graham*

Stephen Douglas Bonney
BONNEY ARBITRATION &
    MEDIATION
5542 Crestwood Drive
Kansas City, MO 64110
Tel: (816) 363-3675
sdbonney@outlook.com

Katlyn A. Patton
FOUNDATION FOR INDIVIDUAL
    RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
katlyn.patton@thefire.org

*Counsel for Appellants Jared Nally and the Indian Leader Association*

/s/ Darpana M. Sheth
DARPANA M. SHETH

## CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 355 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: April 5, 2022

Respectfully submitted,

/s/ Darpana M. Sheth
DARPANA M. SHETH
NY Bar No. 4287918
FOUNDATION FOR INDIVIDUAL
 RIGHTS IN EDUCATION
510 Walnut Street, Suite 1250
Philadelphia, PA 19106
Tel: (215) 717-3473
Fax: (215) 717-3440
darpana.sheth@thefire.org

*Counsel for Appellants Jared Nally and the Indian Leader Association*